UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:  13-80931-CIV-RYSKAMP/HOPKINS

JESSICA NEWFIELD, a single woman,

       Plaintiff,

vs.

UNITED TECHNOLOGIES CORPORATION,
Pratt & Whitney Group, a Connecticut Corporation,
and PALM BEACH AGGREGATES, LLC,
a Florida corporation,

       Defendants.
_____/

### MOTION TO EXTEND GENERAL CAUSATION EXPERT DEADLINES BY THEE MONTHS, TO COMPEL REQUEST TO INSPECT AS PRAYED FOR IN *DeCARLO vs* UTC 13-cv-80930 (DE 145) AND PRODUCTION OF EH&S DOCUMENTS THUS FAR DELAYED SIX MONTHS IN PRODUCTION

    Plaintiff, by and through undersigned counsel hereby files this Motion to Extend General Causation Expert Deadlines by Three Months, to Compel Request to Inspect as Prayed for in *DeCarlo vs* UTC 13-cv-80930 (DE 145), and Production of EH&S Documents thus far Delayed Six Months in Production as follows:

    The Plaintiff hereby incorporates by reference Docket Entry 167 with exhibits filed in the similar matter of *Cotromano et al on behalf of themselves and others similarly situated, Plaintiffs vs United Technologies Corporation, Pratt & Whitney Group, a Connecticut Corporation and Palm Beach Aggregates, LLC, a Florida, Defendants; Case No: 13-CV-80928 – RYSKAMP* attached hereto as Composite Exhibit "A".   (Since DE 167 with exhibits is too large when compressed to accommodate attachment as a single exhibit, the document and exhibits are broken down and filed separately.)

**LX Newfield, Jessica vs. United Techologies Corporation, et al.**
**Case No.: 13-80931-CIV-RYSKAMP/HOPKINS**

Signed:     January 27, 2016                      Respectfully,
            West Palm Beach                       s/ Mara R. P. Hatfield

HEREBY CERTIFY that on this day of January 27, 2016, I electronically filed the foregoing Motion to Extend etc with the Clerk of the Court using CM/ECF and is being served this day on all counsel of record identified via of Notices of Electronic Filing generated by CM/ECF.

*/s/ Mara R.P. Hatfield*
Mara Ritchie Poncy Hatfield
Florida Bar No. 37053
PrimaryEmails:mrh@searcylaw.com;
dtm@searcylawcom
Searcy Denney Scarola Barnhart & Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, FL  33409
Phone:  (561) 686-6300
Fax:  (561) 383-9451
SecondaryE-mails:  hatfieldteam@searcylaw.com

**LX Newfield, Jessica vs. United Techologies Corporation, et al.**
**Case No.: 13-80931-CIV-RYSKAMP/HOPKINS**

## COUNSEL LIST

Alexander L. Groden, Esquire
alex.groden@bartlit-beck.com
Andrew C. MacNally, Esquire
Andrew.macnally@bartlit-beck.com
Daniel R. McElroy, Esquire
Daniel.mcelroy@bartlit-beck.com
Sean W. Gallagher, Esquire
sean.gallagher@bartlit-beck.com
Bartlit Beck Herman Palenchar & Scott, LLP
54 W Hubbard Street, Suite 300
Chicago, IL  60654
Phone: (312)-494-4408
Fax: (312)-494-4440
Attorneys for United Technologies Corporation, Pratt & Whitney group, a Connecticut corporation

Gerard Joseph Curley, Jr., Esquire
jcurley@gunster.com
Gregor J. Schwinghammer, Jr., Esquire
gschwinghammer@gunster.com;
jhoppel@gunster.com; Pdavid@gunster.com
Heather Carney Costanzo, Esquire
HCostanzo@gunster.com
Fabienne E. Fahnestock, Esquire
Ffahnestock@gunster.com;
Ivanegas@gunster.com
Gunster Yoakley & Stewart, P.A.
777 S Flagler Drive, Suite 500E
West Palm Beach, FL  33401
Phone: (561)-655-1980
Fax: (561)-655-5677
Attorneys for United Technologies Corporation, Pratt & Whitney group, a Connecticut corporation

3